USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIOACCHINO ACQUISTA,

                    Petitioner,

    - against -

UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------------------------------X

05 Civ. 10342 (RPP)
97 Cr. 1041 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The Court, having examined the Petition in this action filed on December 12, 2005, pursuant to 28 U.S.C. § 2255, and having concluded that the Petition should not be summarily dismissed, it is hereby

ORDERED that the United States Attorney for the Southern District of New York file an answer or other pleading to the Petition no later than January 30, 2006; Petitioner may file reply papers, if any, no later than February 20, 2006. And, it is further

ORDERED that the Clerk of the Court serve copies of this Order and of the Petition by certified mail upon the United States Attorney for the Southern District of New York.

IT IS SO ORDERED.

Dated: New York, New York
December 22, 2005

*Robert P. Patterson, Jr.* (signature)

Robert P. Patterson, Jr.
U.S.D.J.

Copy of this Order sent to:

Petitioner Pro Se

Gioacchino Acquista
#42164-054
Federal Correctional Institute Elkton
P.O. Box 10
Lisbon, Ohio 44432

Michael J. Garcia, United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Attn: Litigation Clerk